March 26, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

JOSHUA READ, Appellant

NO. 14-12-00908-CV                          V.

WILDA GARRETT, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on August 30, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Joshua Read.

We further order this decision certified below for observance.